Matter of McDonald (2023 NY Slip Op 00474)

Matter of McDonald

2023 NY Slip Op 00474

Decided on February 2, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 2, 2023

PM-16-23
[*1]In the Matter of William Marc McDonald, an Attorney. (Attorney Registration No. 4755682.)

Calendar Date:January 30, 2023

Before:Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and McShan, JJ.

William Marc McDonald, Fort Worth, Texas, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
William Marc McDonald was admitted to practice by this Court in 2009 and lists a business address in Fort Worth, Texas with the Office of Court Administration. McDonald now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose McDonald's application.
Upon reading McDonald's affidavit sworn to November 29, 2022 and filed December 7, 2022, and upon reading the January 24, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that McDonald is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that William Marc McDonald's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that William Marc McDonald's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that William Marc McDonald is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and McDonald is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that William Marc McDonald shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.